IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEYON IKEEM CARLTON BELL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellant,

v.                                                    CASE NO. 1D14-1739

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed January 16, 2015.

An appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Wm. J. Sheppard, Elizabeth L. White, Matthew R. Kachergus, and Bryan E. DeMaggio of Sheppard, White, Kachergus & DeMaggio, P.A., Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel A. Perrone, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.